Nos. 250, 251 and 252. GEORGE E. GREEN, APPELLANT, *v.* CLINTON D. MACDOUGALL, UNITED STATES MARSHAL, ETC. Appeals from the District Court of the United States for the Northern District of New York. Argued October 16, 1905. Decided October 23, 1905. *Per Curiam.* Final orders affirmed with costs. *Beavers* v. *Henkel*, 194 U. S. 73; *Benson* v. *Henkel*, 198 U. S. 1; *Hyde* v. *Shine*, 199 U. S. 63, 84; *Greene* v. *Henkel*, 183 U. S. 249. *Mr. John G. Johnson* for appellant. *Mr. Assistant Attorney General Purdy* and *Mr. Solicitor General Hoyt* for the appellee.

No. 296. FARMERS' LOAN AND TRUST COMPANY ET AL., APPELLANTS, *v.* CITY OF SIOUX FALLS ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motions to dismiss or affirm submitted October 16, 1905. Petition for writ of certiorari submitted October 16, 1905. Decided October 23, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Arbuckle* v. *Blackburn*, 191 U. S. 405; *Newburyport Water Company* v. *Newburyport*, 193 U. S. 561; *Underground Railroad* v. *New York*, 193 U. S. 416; *Skaneateles Water Works Company* v. *Skaneateles*, 184 U. S. 354; *McCain* v. *Des Moines*, 174 U. S. 168. Petition for writ of certiorari denied. *Mr. D. T. Watson, Mr. Bartlett Tripp, Mr. Park Davis* and *Mr. Charles O. Bailey* for appellants. *Mr. Hosmer H. Keith* and *Mr. R. H. Warren* for appellees.